UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNOR ALBERT DAVIS,

    Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA,

    Defendant.
                                    /

No. C 11-4635 SI (pr)

**ORDER OF TRANSFER**

Connor Albert Davis filed this civil action on August 31, 2011. The complaint is far from clear, but appears to complain of events or omissions that occurred after his arrest by the Colusa City Police Department in Colusa County and during his incarceration at the Colusa County Jail. Colusa County is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and in not this one. *See* 28 U.S.C. §1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. §1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: October 24, 2011

                                                      SUSAN ILLSTON
                                                     United States District Judge